The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ARTOUR BAGANOV,

                          Plaintiff,

     v.

ALEKSANDR IVASHKINA, and NATALIA
IVASHKINA, individually and the marital
community comprised thereof; ELVIRA
TURSCHMID fka ELVIRA IVASHKINA, AND
PETER ALAN TURSCHMID, individually and
the marital community comprised thereof

                          Defendants.

NO. 2:25-cv-02216-RSM

**STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

**NOTE ON MOTION CALENDAR:**

**March 30, 2026**

## STIPULATION

Pursuant to Local Civil Rule 83.2(b)(1), Harman Bual, Paul J. Spadafora, and Sean Vincent Small of Lasher Holzapfel, Sperry & Ebberson hereby withdraw as counsel for Natalia Ivashkina, and Joshua B. Selig and Ryan J.P. Dyer hereby appear as counsel for Ivashkina in the above-titled action.

Without waiving any defenses, you are directed to serve all future pleadings or papers, except original process, upon the following attorneys at the addresses indicated in the signature block, below.

STIPULATION AND ORDER OF
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL (NO. 2:25-cv-02216-RSM) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

DATED this 30th day of March, 2026.

LASHER HOLZAPFEL SPERRY & EBBERSON LLP

By /s/ Harman Bual

By /s/ Paul J. Spadafora

By /s/ Sean Vincent Small
Harman Bual, WSBA #54379
Paul J. Spadafora, WSBA #49777
Sean Vincent Small, WSBA #37018
601 Union Street, Suite 2600
Seattle, WA 98101
Telephone: (206) 624-1230
Facsimile:  (206) 340-2563
bual@lasher.com
spadafora@lasher.com
small@lasher.com

***Withdrawing Attorneys for Natalia Ivashkina***

BYRNES KELLER CROMWELL LLP

By /s/ Joshua B. Selig

By /s/ Ryan J.P. Dyer
Joshua B. Selig, WSBA #39628
Ryan J.P. Dyer, WSBA # 48016
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile:  (206) 622-2522
bselig@byrneskeller.com
rdyer@byrneskeller.com

***Attorneys for Natalia Ivashkina***

LEVY | VON BECK | COMSTOCK | CHASTAIN | P.S.

By  /s/ Seth E. Chastain
Seth E. Chastain, WSBA #43066
By  /s/ Baily Mullins
Baily Mullins, WSBA #52803
1200 Fifth Avenue, Suite 1850
Seattle, WA 98101
Telephone: (206) 626-5444
sechastain@levy-law.com
baily@levy-law.com

***Attorneys for Plaintiff Artour Baganov***

STIPULATION AND ORDER OF
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL (NO. 2:25-cv-02216-RSM) - 2

## ORDER

**IT IS SO ORDERED.**

DATED this 31st day of March, 2026.

_____
The Honorable Ricardo S. Martinez
United States District Court Judge

STIPULATION AND ORDER OF
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL (NO. 2:25-cv-02216-RSM) - 3